**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**

    **vs.**　　　　　　　　　　　　　　　**Case No.: 05-CR-135-01(DRD)**

**JOEL COLON-COLON**

**INFORMATIVE MOTION**

**TO THE HONORABLE DANIEL R. DOMINGUEZ
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

    **COMES NOW, LUIS O. SANTANA-TAPIA, UNITED STATES PROBATION OFFICER** of this Honorable Court**,** notifying and requesting as follows:

    On December 18, 2006, Mr. Joel Colon-Colon was sentenced by Your Honor to serve an imprisonment term of one hundred and twenty-six (126) months, followed by a supervised release term of five (5) years, after he plead guilty to violating Title 21 U.S.C. §841(b)(1)(A) and 846 Conspiracy to possess with intent to distribute cocaine. On August 19, 2008, while on custody of the Bureau of Prisons, Mr. Colon-Colon was charged at the Guayama Superior Court with Article 83: Murder in the First Degree, in criminal case: GV12014G0048, Article 5.04 of the Puerto Rico Weapons Law, in criminal case: GLA2014G0248 & GLA2014G0249; Carrying and Article 5.15 Discharging a Firearm under the Puerto Rico Weapons Law in criminal case: GLA2014G0250 & GLA2014G0251. On July 31, 2015, Mr. Colon-Colon was released from custody, at which time his supervised release term commenced. The same is scheduled to expire on July 31, 2020.

On January 18, 2018, Mr. Colon-Colon pled guilty to all counts and the Honorable Yaritza Carrasquillo-Aponte, Guayama Superior Court Judge sentenced him as follows: In criminal case: GV12014G0048, the charge was re-classified to Article 108; Negligent Homicide and sentence to eight (8) years in prison. In criminal cases: GLA2014G0248 & GLA2014G0249; Mr. Colon-Colon was sentenced to five (5) years in prison. In criminal cases: GLA2014G0250 & GLA2014G0251, Mr. Colon-Colon was sentenced to one (1) year in prison. The sentences imposed to be served concurrently with each other. Mr. Colon-Colon was ordered detained and remanded to the custody of the Puerto Rico Department of Corrections. Upon release from confinement, Mr. Colon-Colon will complete his pending supervised release term.

I declare under penalty of perjury that the foregoing is true and correct.

**WHEREFORE**, in view of the aforementioned, it is respectfully requested that the Court takes notice of the content of this motion.

In San Juan, Puerto Rico, this 30th day of May of 2018.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

*s/Luis O. Santana-Tapia*
Luis O. Santana-Tapia
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room 400
San Juan, PR 00918
Tel.: (787) 281-1527
E mail: luis_santana@prp.uscourts.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30, 2018, I electronically filed the foregoing motion with the Clerk of the Court using the EM/ECF system which will send notification of such filing to the parties in this case.

At San Juan, Puerto Rico this 30th day of May 2018.

<u>*s/Luis O. Santana-Tapia*</u>
Luis O. Santana-Tapia
U.S. Probation Officer
 150 Carlos Chardón Avenue
Federal Office Building, Room 400
San Juan, PR 00918
Tel.: (787) 281-1527
E mail: luis_santana@prp.uscourts.gov